

**NUMBER 13-17-00398-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JAMES ANDREW BECKER,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

---

**On appeal from the 258th District Court
of Polk County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Contreras, and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's unopposed third motion for

extension of time to file the brief.[1]   The reporter's record was filed on October 16, 2017,

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.    *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 R.S.).

and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 124 days to file the brief, and appellant now seeks an additional 60 days, until May 18, 2018, to file the brief.

The Court GRANTS appellant's unopposed third motion for extension to file the brief and ORDERS the Honorable Jennifer L. Bergman to file the brief on or before May 18, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of March, 2018.